FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2022

No. 04-21-00516-CV

Lon E. **GRINAGE** & Marilyn Grinage,
Appellants

v.

Jason Phillip **THOMPSON** & Terrie Mylene Thompson,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. CVW1900810
Honorable Lynn Ellison, Judge Presiding

# O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, we set Appellant's brief due on May 31, 2022. On the extended due date, Appellant filed a second motion for an extension of time to file the brief.

Appellant's motion is GRANTED. Appellant's brief is due on July 1, 2022. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court